IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ADRIAN NICHOLSON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:19-CV-519 |
| | ) | |
| SELECT MANAGMENT | ) | |
| RESOURCES LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the Court's memorandum opinion and order entered on October 17, 2019 in *Adiaha Strange v. Select Management Resources, LLC., et al*, 19cv321, Doc. 62, the plaintiffs' motion to compel arbitration will be denied as to Select Management Resources, LLC, and granted as to all remaining defendants. With the plaintiff's consent, the claims against defendant Loan Max, LLC, are dismissed without prejudice.

It is **ORDERED** that:

1. The plaintiffs' motion to stay and to compel arbitration, Doc. 25, is **GRANTED** as to defendants Anderson Financial Services, LLC, LoanSmart, LLC, Kipling Financial Services, LLC, and North American Title Loans, LLC, and **DENIED** as to defendant Select Management Resources, LLC.

2. As to defendants Anderson Financial Services, LLC, LoanSmart, LLC, Kipling Financial Services, LLC, and North American Title Loans, LLC, the case is stayed pending further order of the Court. Absent a request from any party to

the contrary, the Court will assume the claims have been resolved completely by October 31, 2020, at which time the claims will be dismissed.

3. Discovery and motions practice as to the claims against Select Management Resources, LLC based on alter ego and piercing the corporate veil claim can proceed. Counsel should discuss with the Magistrate Judge consolidation with the related case of *Strange v. Select Management*, 19cv321.

4. All claims against defendant LoanMax LLC are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

This the 17th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE