IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:19-cv-00519-CCE-JEP

| | |
|---|---|
| NICHOLSON, et al,<br><br>    Plaintiffs,<br><br>v.<br><br>SELECT MANAGEMENT RESOURCES, LLC; ANDERSON FINANCIAL SERVICES, LLC; LOANMAX, LLC; LOANSMART, LLC; KIPLING FINANCIAL SERVICES, LLC; NORTH AMERICAN TITLE LOANS, LLC<br><br>    Defendants. | **STIPULATION OF DISMISSAL OF CLAIMS BY AND AGAINST CERTAIN PLAINTIFFS** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the following Plaintiffs hereby dismiss with prejudice all of their claims in this action against all Defendants in this action:

- Adrian Nicholson
- Briona Allen
- Cedric Vinson
- Denise Blaylock
- Denise Jeffries
- Dorethia Hinton
- Doris Hunt
- Glenn McEachern
- Harvey Williams
- Henry Singletary
- Joseph McCollum
- Lawrence Royster
- Maenitta Thomas
- Patricia McCain
- Rashaunda Jones
- Rebecca Locklear
- Saquoyah Jones

- Stanley McAdoo
- Tamala Carter
- Tericka Grady
- Wallace Smith
- Willie Robinson

All Defendants hereby dismiss all Counterclaims against the above Plaintiffs in this action with prejudice. Each party is to bear their own costs. This dismissal does not apply to any other claims by any other party. This dismissal is stipulated to by all parties who have appeared in this action as evidence by the signatures of their respective attorneys below.

This the 10th day of April, 2020.

By: */s/ James R. Faucher*
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Telephone: 336.478.6000
Fax: 336.273.5597
james@greensborolawcenter.com
*Attorney for Plaintiffs*

STIPULATED TO BY:

Brown, Faucher, Peraldo & Benson, PLLC
Attorneys for Plaintiffs

*/s/ James R. Faucher*
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401

Telephone: 336.478.6000
Fax: 336.273.5597
james@greensborolawcenter.com


Parker Poe Adams & Bernstein, LLP
Attorneys for Defendants

*/s/ Melanie Black Dubis*
Melanie Black Dubis
N.C. State Bar No. 22027
Parker Poe Adams & Berstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Fax: (919) 834-4564
melaniedubis@parkerpoe.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **STIPULATION OF DISMISSAL OF CLAIMS BY AND AGAINST CERTAIN PLAINTIFFS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

This the 10th day of April, 2020.

By: */s/ James R. Faucher*
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Telephone: 336.478.6000
Fax: 336.273.5597
james@greensborolawcenter.com
*Attorney for Plaintiffs*